UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>THOMAS DOYLE,<br>                    Defendant. | 25-cr-525 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Tuesday, November 18, 2025 at 4:00 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 18, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge