# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF**

March 13, 2026

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *United States v. Thomas Doyle*, 1:25-cr-00525-AS

Dear Judge Subramanian,

I write on behalf of the parties in advance of the status conference scheduled for March 18, 2026, at 3:00 p.m. The defense respectfully requests an adjournment of the status conference by approximately 30 days. The government consents to this request. The defense requires additional time to review discovery, and the parties require additional time to engage in plea discussions, to determine whether this matter may be resolved short of pretrial litigation and trial. This is the first request for adjournment in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Thomas Doyle
917-842-5074

Application GRANTED. The conference will now take place on Monday, April 20, 2026, at 10:00 AM.

IT IS FURTHER ORDERED that the time between March 18, 2026, and April 20, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow time for the parties to review discovery and discuss a potential pretrial resolution.

The Clerk of Court is respectfully directed to terminate the motion at Dkt 17.

SO ORDERED.    CC:    AUSA Cecilia Vogel

Arun Subramanian, U.S.D.J.
Dated: March 16, 2026