# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

April 16, 2026

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *United States v. Thomas Doyle*, 1:25-cr-00525-AS

Dear Judge Subramanian,

I write on behalf of the parties in advance of the status conference scheduled for April 20, 2026, at 10 a.m. The defense respectfully requests an adjournment of the status conference by approximately 30 days. The government consents to this request. The parties are engaged in plea discussions and require additional time to determine whether this matter may be resolved short of pretrial litigation and trial. This is the second request for adjournment in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Thomas Doyle
917-842-5074

CC:    AUSA Cecilia Vogel