# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

June 17, 2026

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *United States v. Thomas Doyle*, 1:25-cr-00525-AS**

Dear Judge Subramanian,

I write on behalf of the parties in advance of the status conference scheduled for June 23, 2026, at 2:00 pm. Mr. Doyle intends to plead guilty pursuant to a plea agreement. The defense respectfully requests that the status conference be converted to a change of plea hearing, and adjourned to Friday, June 26, 2026, if possible. Defense counsel has a conflict on June 23. The government consents to this request.

If the Court grants this request, the parties submit that the Court should exclude the time until the next hearing under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Application GRANTED. The change of plea hearing will be held on **Friday, June 26, 2026**, at **11:00 AM**.

IT IS FURTHER ORDERED that the time between June 23, 2026, and June 26, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow for the finalization of a potential pretrial resolution.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 23.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: June 22, 2026

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Thomas Doyle
917-842-5074

CC:   AUSA Cecilia Vogel