Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**<u>BY ECF</u>**

October 16, 2026

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *United States v. Thomas Doyle*, 25 Cr. 525 (AS)**

Dear Judge Subramanian,

I write to request adjournment of the sentencing hearing in this matter by approximately 45 days. Sentencing is currently scheduled for Monday, November 9, 2026, at 11:00 a.m.

The defense requires additional time to gather documents in support of sentencing. The Government consents to this request. This is the first request for adjournment of sentencing.

Respectfully submitted,

<u>/s/ *Joy Chen*</u>
Joy Chen
Assistant Federal Defender
Counsel for Thomas Doyle
917-842-5074

CC: AUSA Cecilia Vogel